**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,              )     No. 06-2203M
                                       )
           Plaintiff,                  )     **MATERIAL WITNESS ORDER**
                                       )
vs.                                    )
                                       )
Joel Cigarroa-Salvador,                )
                                       )
           Defendant.                  )
_____)

Defendant, Joel Cigarroa-Salvador, having been charged in the District of Arizona with a violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and the Magistrate Judge having determined from the affidavit of Felix D. Arriola, Senior Patrol Agent, filed in this case, the following persons can provide testimony that is material to the offense alleged in the complaint:

           Salvador Hernandez-Mata

           Alejandro Saldana-Garcia

The Magistrate Judge finds that it may become impracticable to secure the presence of the witnesses by subpoena in further proceedings because they are not in the United States legally and have no legal residence or employment in this Country.

**IT IS ORDERED** that the witnesses shall be detained pursuant to 18 U.S.C. § 3144 in a corrections facility separate, to the extent practicable, from persons awaiting or serving

1   sentences or being held in custody pending appeal.  The witnesses shall be afforded a

2   reasonable opportunity for private consultation with counsel.

3          DATED this 8th day of June, 2006.

4

5

6

7                                                    David K. Duncan
                                                United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        - 2 -